**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.**
**18-CR-20788-WILLIAMS**

**UNITED STATES OF AMERICA**

**vs.**

**MANUEL PINATE,**

      **Defendant.**
_____/

**<u>NOTICE OF REASSIGNMENT</u>**

The United States of America, through undersigned Assistant United States Attorney,

hereby files this Notice of Reassignment as counsel of record in this case. The prior counsel for

the United States, Assistant United States Attorney, Michael Homer is no longer counsel of

record for the United States in this matter.  The undersigned requests to be informed of all future

filings in the above captioned case.

      Respectfully submitted,

      JASON A. REDING QUIÑONES
      UNITED STATES ATTORNEY

By:   */s/ Timothy Farina*
     TIMOTHY FARINA
     Assistant United States Attorney
     Florida Bar No.: A5503150
     99 Northeast 4th Street, 6th Floor
     Miami, Florida 33132-2111
     Telephone: (305) 961-9196
     Email:Timothy.Farina@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 14, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and delivered the document and its attachment by United States Mail to *pro se* defendant Quentin Marcellous Owens, No. 0001126395, P.O. Box 426, 2728 Hwy 49 South, Oglethorpe, GA 31068.

/s/   *Timothy Farina,*
Timothy Farina
Assistant United States Attorney

2